UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MIGUEL CERDA,                          )   No. ED CV 09-01599-GAF (VBK)
                                       )
              Petitioner,              )   JUDGMENT
                                       )
       v.                              )
                                       )
KEN CLARK,                             )
                                       )
              Respondent.              )
_____)

     Pursuant to the Order Accepting and Adopting the Report and
Recommendation of the United States Magistrate Judge, and dismissing
the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

     **IT IS ADJUDGED** that the Petition is dismissed with prejudice.


DATED:  June 15, 2010                  _____
                                       GARY A. FEESS
                                       UNITED STATES DISTRICT JUDGE